IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KATHY KISER,<br><br>    PLAINTIFF,<br>  v.<br><br>TRIDENT ASSET MANAGEMENT, LLC<br><br>    DEFENDANT. | Case No. 23-cv-1542<br><br>Hon. Elaine E. Bucklo |

### PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT ON OFFER OF JUDGMENT AND STRIKE BRIEFING SCHEDULE FOR MOTION FOR SUMMARY JUDGMENT

NOW COMES Plaintiff Kathy Kiser, by and through counsel, and for Plaintiff's Motion for Entry of Judgment on Rule 68 Offer of Judgment and to Strike the Briefing Schedule for the Parties' Dispositive Motions states as follows:

1. This case was filed by Plaintiff against Defendant Trident Asset Management, LLC, for, *inter alia*, violation of the Fair Debt Collection Practices Act ("FDCPA").

2. On October 12, 2023, the court set an initial deadline for the Parties to file Motions for Summary Judgment by November 21, 2023. (Dkt. # 24).

3. On November 7, 2023, Defendant transmitted to Plaintiff an offer to allow judgment to be entered against it and in favor of Plaintiff for $1,501 in damages plus reasonable attorneys' fees and costs. A copy of the Offer of Judgment was docketed as Dkt. # 25-1.

4. On November 16, 2023, Plaintiff accepted Defendant's offer of judgment by filing a notice of acceptance of offer of judgment with this court. (Dkt. # 25).

5. Plaintiff respectfully requests that this court enter judgment in favor of Plaintiff

1

for $1,501 and either 1) allow the parties to confer regarding attorney's fees and costs pursuant to Local Rule 54.3, or, 2) in the alternative, to direct Plaintiff to file a petition for attorney's fees or costs within 21 days of entry of the judgment.

6.  Plaintiff also requests that this Court strike the briefing schedule, as there is no longer a need for dispositive motions as all claims are resolved through the acceptance of the offer of judgment.

WHEREFORE, based on the foregoing, Plaintiff requests the Court to enter judgment in the amount of $1,501 in favor of Plaintiff and against Defendant, require the parties to proceed according to local rule 54.3 or in the alternative, to direct Plaintiff to file a petition for attorney's fees or costs within 21 days of entry of the judgment, strike the briefing schedule for cross-motions for summary judgment, and for any other or further relief this Court deems just.

**Dated: November 21, 2023**

Respectfully submitted,

By: /s/ *Bryan Paul Thompson*
One of Plaintiff's Attorneys

Bryan Paul Thompson
Robert W. Harrer
Chicago Consumer Law Center, P.C.
650 Warrenville Road, Suite 100
Lisle, IL 60532
Tel. 312-858-3239
Fax 312-610-5646
bryan.thompson@cclc-law.com
rob.harrer@cclc-law.com